■ GARY R. DeFILIPPO, Appellant, v PLAZA SEA, INC., et al., Respondents. [717 NYS2d 911] —In an action, *inter alia*, to recover damages for false imprisonment, the plaintiff appeals from an order of the Supreme Court, Richmond County (Cusick, J.), entered August 11, 1999, which, *inter alia*, granted the defendants' motion pursuant to CPLR 3211 (a) (8) to dismiss the complaint insofar as asserted against the defendant Ahmed "Sam" Elsayed on the ground that jurisdiction was not acquired over that defendant.

Ordered that the order is affirmed, with costs.

Since the plaintiff failed to comply with CPLR 308 (2), the purported service of the summons was ineffective to acquire jurisdiction over the defendant Ahmed "Sam" Elsayed (*see, Macchia v Russo*, 67 NY2d 592; *Feinstein v Bergner*, 48 NY2d 234; *Citibank v Harris*, 264 AD2d 377; *Wern v D'Alessandro*, 219 AD2d 646, 647). Accordingly, the Supreme Court properly granted the defendants' motion to dismiss the complaint insofar as asserted against that defendant. Bracken, J. P., O'Brien, Florio and Schmidt, JJ., concur.

■ GEORGE J. DUFFY, Respondent, v J. KOKOLAKIS CONTRACTING, INC., Appellant, et al., Defendant. (And Third-Party Actions.) [717 NYS2d 911] —In an action to recover damages for personal injuries, the defendant J. Kokolakis Contracting, Inc., appeals, as limited by its brief, from so much of an order of the Supreme Court, Suffolk County (Gowan, J.), dated August 20, 1998, as granted the plaintiff's motion for summary judgment on his cause of action pursuant to Labor Law § 240 (1).

Ordered that the order is affirmed insofar as appealed from, with costs.

In opposition to the plaintiff's prima facie showing of entitlement to judgment as a matter of law on his cause of action pursuant to Labor Law § 240 (1), the appellant failed to raise a triable issue of fact. Accordingly, the Supreme Court properly granted the plaintiff's motion for summary judgment on that cause of action (*see, Bland v Manocherian*, 66 NY2d 452; *Keane v Sing Hang Lee*, 188 AD2d 636). O'Brien, J. P., Ritter, Santucci and Schmidt, JJ., concur.